UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Remon Rayek Iskandar Zaki**

    v.                          Case No. 25-cv-460-PB-TSM

**FCI Berlin, Warden, et al.**

**ORDER**

The petitioner has filed a "Notice of Imminent Mootness and Request for Expedited Consideration" based on an upcoming hearing in his immigration proceedings, scheduled for Wednesday, January 14, 2026. The government is directed to respond to the petitioner's motion by Monday, January 12, 2026.

    SO ORDERED.

                                            /s/ Paul Barbadoro
                                            Paul J. Barbadoro
                                            United States District Judge

January 9, 2026

cc:    Counsel of Record